994 So.2d 1121 (2007)
Terrance COOPER, Appellant,
v.
The STATE of Florida, Appellee.
No. 3D04-3200.
District Court of Appeal of Florida, Third District.
July 5, 2007.
Terrance Cooper, in proper person.
Bill McCollum, Attorney General, for appellee.
Before COPE, WELLS and SHEPHERD, JJ.
PER CURIAM.
Affirmed. Burgal v. State, 888 So.2d 702 (Fla. 3d DCA 2004) ("Blakely v. Washington, [542 U.S. 296,] 124 S.Ct. 2531[, 159 L.Ed.2d 403] (2004) does not apply retroactively to cases on collateral review.")